IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PRATAP CHANDAN,<br>　　　　Petitioner, | :<br>:<br>: | No. 26-cv-0732-JMY |
| vs. | :<br>: | |
| JAMAL L. JAMISON, *et al.*<br>　　　　Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>: | |

### ORDER

**AND NOW**, this 5th day of February, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** that:

1.　Respondent shall "show cause why the writ should not be granted . . . within three days unless for good cause additional time, not exceeding twenty days," 28 U.S.C. § 2243, is warranted;

2.　The Clerk of Court shall immediately serve a copy of the petition and this Order on the United States Attorney's Office for the Eastern District of Pennsylvania via mail or the Court's electronic filing system.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　*/s/ John Milton Younge*
　　　　　　　　　　　　　　　　　　　　**JOHN MILTON YOUNGE, J.**